UNITED STATES of America, Plaintiff—Appellee,

v.

Oscar Octavio PADILLA–ROCHA, Defendant—Appellant.

No. 06–10649.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 26, 2008.*

Filed Sept. 9, 2008.

John Zachary Boyle, Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Oscar Octavio Padilla–Rocha, Florence, AZ, pro se.

Alex Gonzalez, Gonzalez & Smith PC, Chandler, AZ, for Defendant–Appellant.

Before: SCHROEDER, KLEINFELD, and IKUTA, Circuit Judges.

MEMORANDUM **

Oscar Octavio Padilla–Rocha appeals from his guilty-plea conviction and 37–month sentence for conspiracy to possess with intent to distribute methamphetamine and cocaine in violation of 21 U.S.C. § 846.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), appellant's counsel has filed a brief

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.